824

■ REBECCA AMINOFF V. RALPH AMINOFF.— Motion for resettlement denied. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ. [See *ante*, p. 654.]

■ CHARLOTTE C. L. BOLTEN V. ELIZABETH C. WEMETT, Individually and as Executrix of ELLIS LORD, Deceased, et al.— Motion for reargument denied, with $10 costs. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ. [See *ante* p. 708.]

■ In the Matter of the Accounting of HANOVER BANK, as Substituted Trustee under the Will of JOHN SLATER, Deceased, Respondent. ELLIOTT R. MAY, as Executor of CECELIA L. A. SLATER, Deceased, Appellant-Respondent; MARION S. KEATING, Respondent-Appellant.— Motion for reargument denied, with $10 costs. Concur — Breitel, J. P., Botein, Rabin, Frank and Valente, JJ. [See 2 A D 2d 850.]

■ SOPHIE K. RUZA V. STANLEY W. RUZA et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Rabin, Frank, McNally and Bergan JJ. [See *ante*, p. 697.]

■ THE PEOPLE OF THE STATE OF NEW YORK V. ROSELINE BRICE.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK V. SAMUEL SCIANTI.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ In the Matter of HERMAN KAPLAN et al., Appellants, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ. [See *post*, p. 906.]

■ LEFFERT HOLZ, as Superintendent of Insurance of the State of New York, as Liquidator of the Manhattan Mutual Automobile Casualty Company, Inc., Respondent, v. SAMUEL ABNEY et al., Appellants.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

## (April 11, 1957)

(Republished)

■ RUTH BORAX, Appellant, v. HERMAN BORAX, Respondent.— Order, so far as appealed from, unanimously affirmed without costs, and the order entered April 9, 1957, vacated. Opinion *Per Curiam*. Concur — Breitel, J. P., Botein, Rabin, Valente and McNally, JJ. [See *ante*, p. 404.]

(Republished)

■ RAE MOSHMAN et al., Respondents, v. CITY OF NEW YORK, Appellant. — Order unanimously modified so as to dismiss the complaint unconditionally for lack of prosecution and, as so modified, affirmed, with $20 costs and disbursements to the appellant, and judgment is directed to be entered in favor of the defendant dismissing the complaint herein, with costs. Counsel's explanation of the two and one-half years' delay in bringing the case on for trial, due to moving his office and misplacing the file, does not satisfy the requirements of reasonableness called for by section 181 of the Civil Practice Act and rule 156 of the Rules of Civil Practice. Further, plaintiffs fail to present facts indicating a meritorious cause of action. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ. [See *ante*, p. 822, and *post*, p. 825.]